IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:08-cr-00244 AWI |
| Plaintiff, | *AMENDED* STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ORDER THEREON |
| JESSE PABLO HERNANDEZ, JR., | Date:  January 12, 2009 |
| Defendant. | Time:  9:00 A.M. |
| | Dept :  Hon. Anthony W. Ishii |

The parties filed the following amended stipulation:

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for November 10, 2008, **may be continued to January 12, 2009, at 9:00 A.M.**

This continuance is requested by counsel for the defendant to allow additional time for on-going investigation by both parties and for further plea negotiation prior to hearing.   The requested continuance will conserve time and resources for all parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                     McGREGOR W. SCOTT
                                                    United States Attorney

DATED:  November 6, 2008                  /s/ Mark J. McKeon
                                                      STANLEY A. BOONE
                                                      Assistant United States Attorney
                                                      Attorney for Plaintiff

|   |   |
|---|---|
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED:  November 6, 2008 | /s/  Rachel W. Hill<br>RACHEL W. HILL<br>Assistant Federal Defender<br>Attorney for Defendant<br>Jesse Pablo Hernandez, Jr. |

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:     November 6, 2008**            /s/ Anthony W. Ishii
                                                          CHIEF UNITED STATES DISTRICT JUDGE