DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar # 151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JESSE PABLO HERNANDEZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:08-cr-00244 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER THEREON |
| v. | |
| JESSE PABLO HERNANDEZ, JR., | Date:   March 2, 2009 |
| Defendant. | Time:  9:00 A.M. |
| | Dept :  Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective

attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled

for February 17, 2009, **may be continued to March 2, 2009, at 9:00 A.M.**

This continuance is requested by counsel for the defendant to allow additional time for on-going

investigation by both parties and for further plea negotiation prior to hearing.   The requested continuance

will conserve time and resources for all parties and the court.

///

///

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2    justice, including but not limited to, the need for the period of time set forth herein for further defense

3    preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

4                                                    McGREGOR W. SCOTT
                                                     United States Attorney
5

6    DATED:  February 12, 2009                      /s/ Mark J. McKeon
                                                     STANLEY A. BOONE
7                                                    Assistant United States Attorney
                                                     Attorney for Plaintiff
8

9

10                                                   DANIEL J. BRODERICK
                                                     Federal Defender
11

12   DATED:  February 12, 2009                       /s/  Rachel W. Hill
                                                     RACHEL W. HILL
13                                                   Assistant Federal Defender
                                                     Attorney for Defendant
14                                                   Jesse Pablo Hernandez, Jr.

15

16                                      **O R D E R**

17        **IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C.

18   §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

19

20   IT IS SO ORDERED.

21   **Dated:   February 12, 2009**              /s/ **Anthony W. Ishii**
                                                 CHIEF UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

Stipulation to Continue Status Conference
Hearing; [Proposed] Order Thereon                    2