1  DANIEL J. BRODERICK, Bar # 89424
   Federal Defender
2  RACHEL W. HILL, Bar #151522
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JESSE PABLO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:08-cr-00244 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE FURTHER |
| ) | PROCEEDINGS AND AMEND CONDITIONS |
| v. ) | OF PRETRIAL RELEASE; ORDER |
| ) | |
| JESSE PABLO HERNANDEZ ) | Date: March 9, 2009 |
| ) | Time: 9:00 A.M. |
| Defendant. ) | Judge: Hon. Anthony W. Ishii |
| ) | |

Defendant, JESSE PABLO HERNANDEZ, a sergeant in the United States Army, has received orders to re-deploy into active duty beginning on March 13, 2009. Pursuant to his orders to deploy, Mr. Hernandez has been ordered into active duty for a period not to exceed 400 days. (A true and correct copy of said Orders is attached hereto as Exhibit "A.")

In accordance with the forgoing, **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MARK J. McKEON, Assistant United States Attorney, counsel for Plaintiff, and RACHEL W. HILL, Assistant Federal Defender, counsel for Defendant JESSE PABLO HERNANDEZ, that, effective March 9, 2009 the instant proceedings may be continued until June 28, 2010, to allow Mr. Hernandez to fulfill his obligations to the United States Army and deploy as ordered.

///

///

| | |
|---|---|
| 1 | The parties expressly acknowledge that the time period necessary for the requested continuance would be excluded in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(3)(A) and/or 18 U.S.C. § 3161(h)(8)(A), and such other statutory and constitutional rules as may be applicable. |

　　**IT IS FURTHER STIPULATED** between the respective parties that Mr. Hernandez is permitted to travel out of state and out of the country in accordance with his current orders to deploy and any such further orders issued by the United States military.

　　**IT IS FURTHER STIPULATED** between the parties that, effective March 9, 2009 the conditions of pretrial release for JESSE PABLO HERNANDEZ may be amended as follows:

　　　　Condition 6, which places Mr. Hernandez in the third party custody of Blanca Hernandez, will be deleted. Mr. Hernandez will no longer be in the custody of any third party custodian.

　　　　Condition 7(c), which restricts his place of abode or travel, will be deleted.

　　　　Condition 7(e), will be amended such that Mr. Hernandez may report telephonically to Pretrial Services, in lieu of any personal appearances, and such telephonic appearances will be required only as is practical and feasible in accordance with any United States military orders and deployment. It will further be amended to require Mr. Hernandez to report in person to Pretrial Services within one week of being released from active duty.

　　　　Condition 7(o), which requires Mr. Hernandez not to obtain a passport, will be deleted.

　　All other conditions of pretrial release which are not in conflict with this amendment and stipulation shall remain in full force and effect pending further order of the court.

Dated: March 4, 2009　　　　　　　　　　　　　　　　Dated: March 4, 2009

LAWRENCE G. BROWN　　　　　　　　　　　　　　DANIEL J. BRODERICK
Acting United States Attorney　　　　　　　　　　　　Federal Defender


/s/ Mark J. McKeon　　　　　　　　　　　　　　　　/s/ Rachel W. Hill
MARK J. McKEON　　　　　　　　　　　　　　　　RACHEL W. HLL
Assistant United States Attorney　　　　　　　　　　Assistant Federal Defender
Attorney for Plaintiff　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　Jesse Pablo Hernandez, Jr.

## **ORDER**

IT IS SO ORDERED.

**Dated:　March 6, 2009**　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE