```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar # 151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JESSE PABLO HERNANDEZ, JR.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:08-cr-00244 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ) | ORDER THEREON |
| JESSE PABLO HERNANDEZ, JR., | ) | Date: October 4, 2010 |
| Defendant. | ) | Time: 9:00 a.m. |
|  | ) | Dept : Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for September 7, 2010, **may be continued to October 4, 2010, at 9:00 a.m.**

This continuance is requested by counsel for defendant due to unavailability as well as continued plea negotiations. The requested continuance will conserve time and resources for both counsel and the Court and also allow for continuity of counsel in these proceedings

///
///
///
///
///
///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

McGREGOR W. SCOTT
United States Attorney

DATED: August 31, 2010       /s/ Mark J. McKeon
                             MARK J. McKEON
                             Assistant United States Attorney
                             Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: August 31, 2010       /s/ Rachel W. Hill
                             RACHEL W. HILL
                             Assistant Federal Defender
                             Attorney for Defendant
                             Jesse Pablo Hernandez, Jr.

# O R D E R

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   August 31, 2010

CHIEF UNITED STATES DISTRICT JUDGE

Hernandez - Stipulation to Continue Status Conference
Hearing; Order Thereon                                    2