UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
MAR 05 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

MEMORANDUM

Honorable Anthony W. Ishii
Senior United States District Judge
Fresno, California

RE: **Jesse Pablo Hernandez**
**Docket Number: 0972 1:08CR00244-001**
**PERMISSION TO TRAVEL**
**OUTSIDE THE COUNTRY**

Your Honor:

Jesse Pablo Hernandez is requesting permission to travel to Sarabina, Guanajuato, Mexico. Jesse Pablo Hernandez is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On August 22, 2011, Jesse Pablo Hernandez was sentenced for the offense(s) of 26 U.S.C. § 7206(2), Aiding and Assisting in the Preparation and Presentation of False and Fraudulent Income Tax Returns (Counts 1-7) and 26 U.S.C. § 7214(a)(5), Offenses by Officers and Employees of the United States (Counts 8-11).

**Sentence Imposed:** 60 months probation

**Dates and Mode of Travel:** Departing: March 13, 2014, on Volaris Airlines Flight 951. Returning: March 23, Volaris Airlines Flight 950.

**Purpose:** To visit his grandmother, who is reportedly extremely ill, and my not live much longer.

1

RE: **Jesse Pablo Hernandez**
**Docket Number: 0972 1:08CR00244-001**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

*[signature]*

**Ross Micheli**
**United States Probation Officer**

Dated: March 5, 2014
Fresno, California
RM

**REVIEWED BY:** /s/ Tim Mechem
**Tim Mechem**
**Supervising United States Probation Officer**

## ORDER OF THE COURT

☑ Approved  ☐ Disapproved

_3-5-14_   *[signature]*
**Date**    **Anthony W. Ishii**
            **Senior United States District Judge**

2

REV. 09/2013
TRAVEL – OUTSIDE COUNTRY_ COURT MEMO DOTX