UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **Jesse Pablo HERNANDEZ, JR.**<br>**Docket Number:  1:08CR00244-001**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

The offender is requesting permission to travel to Murcia, Spain.  Mr. Hernandez is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On August 22, 2011, Mr. Hernandez was sentenced in the Eastern District of California for the offenses of 26 USC 7206(2) – Aiding and Assisting in the Preparation and Presentation of False and Fraudulent Income Tax Returns (CLASS E FELONIES), and 26 USC 7214(a)(5) – Offenses by Officers and Employees of the United States (CLASS D FELONIES).

**Sentence Imposed:**  60-month term of Probation; $1,100 special assessment (paid); $22,876 restitution (making consistent monthly payments); Firearm restrictions; DNA collection; Warrantless search; Not dissipate assets; Financial restrictions; 240 days home detention; and 20 hours of unpaid community service per week until employed for at least 30 hours per week or participating in a previously approved educational or vocational program (Mr. Hernandez maintains full-time employment).

**Dates and Mode of Travel:**  Mr. Hernandez will fly to Murcia, Spain, on August 2, 2014, returning August 12, 2014.

**RE:**  Jesse Pablo HERNANDEZ, Jr.
       Docket Number:  1:08CR00244-001
       <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

**Purpose:**  Mr. Hernandez is requesting travel to Murcia, Spain, for employment purposes.  He is employed as an Operation and Maintenance Technician (O&M) for GESTAMP Solar, and will be attending an O&M training course in Spain, along with his supervisor and another technician.

Respectfully submitted,

/s/  Julie A. Fowler

**JULIE A. FOWLER**
**United States Probation Officer**

Dated:   July 28, 2014
         Roseville, California
         /jaf

               /s/ Michael A. Sipe
**REVIEWED BY:**   **MICHAEL A. SIPE**
                   **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒   Approved        ☐   Disapproved

IT IS SO ORDERED.

Dated:  July 28, 2014                   _____
                                        SENIOR  DISTRICT  JUDGE