PROB 35 (ED/CA)

**Report and Order Terminating Probation**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Docket No:   1:08CR00244-001 |
| JESSE PABLO HERNANDEZ, JR. | ) | |

On August 22, 2011, the above-named was placed on Probation for a period of 60 months.

The probationer has complied with the rules and regulations of Probation and is no longer in need of supervision.  It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

/s/ Julie A. Fowler

**JULIE A. FOWLER**
**United States Probation Officer**

Dated:   October 30, 2014
             Roseville, California
             JAF:aph

/s/ Michael A. Sipe

**REVIEWED BY:**    **MICHAEL A. SIPE**
                              **Supervising United States Probation Officer**

1

PROB 35 (ED/CA)

**Re:   HERNANDEZ, JR., Jesse Pablo**
    **Docket No:    1:08CR00244-001**
    <u>**Report and Order Terminating Probation**</u>
    <u>**Prior to Original Expiration Date**</u>

## ORDER OF COURT

Pursuant to the above report, it is ordered that Jesse Pablo Hernandez, Jr., be discharged from Probation, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   October 30, 2014                              _____
                                                                            SENIOR   DISTRICT   JUDGE

2